IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BETTY LEE FAUS,**

**Plaintiff,**

**v.**

**PIZZA HUT, INC., et al.,**

**Defendants.**                                           No. 06-CV-0011-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is a stipulation to substitute parties (Doc. 14). Said motion is **GRANTED**. The Court **ALLOWS** Middleton & Wilson Corporation to be substituted as a named Defendant in place of Defendants Pizza Hut, Inc., and Pizza Hut of America, Inc.

**IT IS SO ORDERED.**

Signed this 18th day of April, 2006.

/s/       David  RHerndon
**United States District Judge**