IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BETTY LEE FAUS,**

**Plaintiff,**

**v.**

**W & M RESTAURANTS, INC.,**

**Defendant.**                                                  No. 06-CV-0011-DRH

## ORDER

**HERNDON, District Judge:**

On November 14, 2006, the parties filed two stipulations for dismissal with prejudice (Docs. 17 & 18). Based on the stipulations, the Court **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 14th day of November, 2006.

/s/      David RHerndon
United States District Judge