# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BETTY LEE FAUS,**

    **Plaintiff,**

  vs.                                                                     Cause No. 06-CV-0011-DRH

**W & M RESTAURANTS, INC.,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.-----

**NORBERT G. JAWORSKI, CLERK**

November 15, 2006                                     By:  s/Patricia Brown
                                                                         Deputy Clerk

APPROVED: /s/ David R Herndon
          **U.S. DISTRICT JUDGE**